

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00344-CV

**IN RE** Dalila **AGIZA**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
        Irene Rios, Justice
        Lori I. Valenzuela, Justice
        Lori Massey Brissette, Justice
        Adrian A. Spears II, Justice
        H. Todd McCray, Justice
        Velia J. Meza, Justice

Delivered and Filed: July 23, 2025

MOTION FOR EN BANC RECONSIDERATION OF ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND TEMPORARY STAY DENIED

Relator filed her petition for writ of mandamus on May 30, 2025 and a motion for emergency stay on June 2, 2025. This court considered both and issued an order denying relator relief on June 18, 2025. Relator has filed a motion for reconsideration and en banc reconsideration of our prior order.

Having considering relator's arguments, the motion is DENIED.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CV01730, styled *T Slash Bar Texas vs. Dalila AGiza*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.